## ORAL ARGUMENT NOT YET SCHEDULED

## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| AMERICAN PETROLEUM INSTITUTE, | ) | |
| | ) | |
| *Petitioner*, | ) | Case No. 12-1405 |
| | ) | (Consolidated with Nos. 12-1406, |
| v. | ) | 12-1407, 12-1408, 12-1409, 12-1410, |
| | ) | 12-1411, 12-1412, and 12-1417) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) | |
| | ) | |
| *Respondent*. | ) | |
| _____) | | |

### SUBMISSION BY ENVIRONMENTAL PETITIONERS
### IN CASE NO. 12-1410 OF A COPY OF THE UNDERLYING DECISION
### FROM WHICH THEIR APPEAL ARISES

In accordance with the Court's order of October 17, 2012, Environmental

Petitioners in No. 12-1410 hereby submit the attached copy of the underlying

decision from which their petition arises, *i.e.*, the final rule promulgated by EPA

entitled "Oil and Natural Gas Sector: New Source Performance Standards and

National Emission Standards for Hazardous Air Pollutants Reviews," published at

77 Fed. Reg. 49,490 (Aug. 16, 2012) (Final Rule).

DATED: November 16, 2012

Respectfully submitted,

*/s/ Emma C. Cheuse*
Emma C. Cheuse
James S. Pew
Earthjustice
1625 Massachusetts Ave., N.W.,
Suite 702
Washington, D.C. 20036
(202) 667-4500
echeuse@earthjustice.org
jpew@earthjustice.org

*Counsel for Environmental
Petitioners in Case No. 12-1410:
California Communities Against
Toxics, Coalition For A Safe
Environment, Clean Air Council,
Desert Citizens Against Pollution,
Natural Resources Defense Council,
and Sierra Club*

CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **Submission By Environmental Petitioners In Case No. 12-1410 Of A Copy Of The Underlying Decision From Which Their Appeal Arises** on all parties through the Court's electronic case filing (ECF) system.

DATED: November 16, 2012

/s/ Emma C. Cheuse
Emma C. Cheuse